_____
NAME

_____
PRISON IDENTIFICATION/BOOKING NO.

_____
ADDRESS OR PLACE OF CONFINEMENT

Note:   It is your responsibility to notify the Clerk of Court in writing of any change of address.  If represented by an attorney, provide his or her name, address, telephone and facsimile numbers, and e-mail address.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

CV _____
To be supplied by the Clerk of the United States District Court

_____
FULL NAME (*Include name under which you were convicted*)
                                                        Petitioner,

v.

☐ _____  **AMENDED**

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

_____
NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER
                                                        Respondent.

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(*List by case number*)
CV _____
CV _____

**INSTRUCTIONS - PLEASE READ CAREFULLY**

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court.  You are asking for relief from the conviction and/or the sentence.  This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court.  If you want to challenge judgments entered by more than one California state court, you must file a separate petition for each court.

3. Make sure the form is typed or neatly handwritten.  You must tell the truth and sign the form.  If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions.  You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground.  You may submit additional pages if necessary.  If you do not fill out the form properly, you will be asked to submit additional or correct information.  If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge.  You must also state the facts that support each ground.  If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00.  If the fee is paid, your petition will be filed.  If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person).  To do that, you must fill out and sign the declaration of the last two pages of the form.  Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution.  If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:

    Clerk of the United States District Court for the Central District of California
    United States Courthouse
    ATTN: Intake/Docket Section
    255 East Temple Street, Suite TS-134
    Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING (*check appropriate number*):

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
    a. Place of detention _____
    b. Place of conviction and sentence _____

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked).*

    a. Nature of offenses involved *(include all counts)* : _____
    
    b. Penal or other code section or sections: _____
    
    c. Case number: _____
    d. Date of conviction: _____
    e. Date of sentence: _____
    f. Length of sentence on each count: _____
    
    g. Plea *(check one)*:
        ☐ Not guilty
        ☐ Guilty
        ☐ Nolo contendere
    h. Kind of trial *(check one)*:
        ☐ Jury
        ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☐ Yes  ☐ No

    If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:
    a. Case number: _____
    b. Grounds raised *(list each)*:
        (1) _____
        (2) _____

    (3) _____

    (4) _____

    (5) _____

    (6) _____

  c. Date of decision: _____

  d. Result _____

    _____

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?  ☐ Yes  ☐ No

   If so, give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

   a. Case number: _____

   b. Grounds raised *(list each)*:

       (1) _____

       (2) _____

       (3) _____

       (4) _____

       (5) _____

       (6) _____

   c. Date of decision: _____

   d. Result _____

       _____

5. If you did not appeal:

   a. State your reasons _____

       _____

       _____

       _____

       _____

   b. Did you seek permission to file a late appeal?  ☐ Yes  ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
   ☐ Yes  ☐ No

   If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a. (1) Name of court: _____

       (2) Case number: _____

       (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:
- (a) _____
- (b) _____
- (c) _____
- (d) _____
- (e) _____
- (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

b. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:
- (a) _____
- (b) _____
- (c) _____
- (d) _____
- (e) _____
- (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

c. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:
- (a) _____
- (b) _____
- (c) _____
- (d) _____
- (e) _____
- (f) _____

(5) Date of decision: _____

(6) Result _____
_____

(7) Was an evidentiary hearing held?   ☐ Yes ☐ No

7. Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☐ No

   If yes, answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result: _____
   _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

8. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

   **CAUTION**:   *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

   a. Ground one: _____

      (1) Supporting FACTS: _____
      _____
      _____
      _____
      _____

      (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes ☐ No
      (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes ☐ No
      (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes ☐ No

   b. Ground two: _____

      (1) Supporting FACTS: _____
      _____

      (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
      (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
      (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

c. Ground three: _____

      (1) Supporting FACTS: _____

      (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
      (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
      (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

d. Ground four: _____

      (1) Supporting FACTS: _____

      (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
      (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
      (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

e. Ground five: _____

      (1) Supporting FACTS: _____

      (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No

    (3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☐ No

    (4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☐ No

9. If any of the grounds listed in paragraph 8 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: __n/a__

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
    ☐ Yes  ☒ No

    If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

    a. (1) Name of court: _____
       (2) Case number: _____
       (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
       (4) Grounds raised *(list each)*:
          (a) _____
          (b) _____
          (c) _____
          (d) _____
          (e) _____
          (f) _____
       (5) Date of decision: _____
       (6) Result _____

       (7) Was an evidentiary hearing held?  ☐ Yes ☐ No

    b. (1) Name of court: _____
       (2) Case number: _____
       (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
       (4) Grounds raised *(list each)*:
          (a) _____
          (b) _____
          (c) _____
          (d) _____
          (e) _____
          (f) _____
       (5) Date of decision: _____

    (6) Result _____

    (7) Was an evidentiary hearing held?  ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?  ☐ Yes  ☒ No

    If so, give the following information *(and attach a copy of the petition if available)*:

    (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____
        (b) _____
        (c) _____
        (d) _____
        (e) _____
        (f) _____

12. Are you presently represented by counsel?  ☒ Yes ☐ No

    If so, provide name, address and telephone number: David M. Murphy, Law Offices of David M. Murphy

    1801 Century Park East, Suite 2400, Los Angeles CA 90067

    310-955-7500

WHEREFORE, petitioner prays that the Court grant petitioner all relief to which he may be entitled in this proceeding.

4/9/22  _____
                             *Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

SEE VERIFICATION ATTACHED TO MEMORANDUM OF POINTS AND AUTHORITIES

Executed on _____
              *Date*                        *Signature of Petitioner*

SHAWN EDWARD SHAFFER

_____
*Petitioner*

RAYMOND MADDEN, Warden

_____
*Respondent(s)*

**ELECTION REGARDING
CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE**

- A magistrate judge is available under 28 U.S.C. § 636(c) to conduct all proceedings in this case, including dispositive matters and entry of final judgment. However, a magistrate judge may be assigned to rule on dispositive matters only if all parties voluntarily consent.

- Parties are free to withhold consent to magistrate judge jurisdiction without adverse substantive consequences.

- If both parties consent to have a magistrate judge decide the case, any appeal would be made directly to the Ninth Circuit Court of Appeals, as if a district judge had decided the matter.

- Unless both parties consent to have a magistrate judge decide the case, the assigned magistrate judge will continue to decide only non-dispositive matters, and will issue a Report and Recommendation to the district judge as to all dispositive matters.

*Please check the "yes" or "no" box regarding your decision to consent to a United States Magistrate Judge and sign below.*

☐ Yes, I voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, decide all dispositive and non-dispositive matters, and order the entry of final judgment.

☒ No, I do not consent to have a United States Magistrate Judge conduct all further proceedings in this case.

Executed on   April 9, 2022
                        *Date*                                                       *Signature of Petitioner/Counsel for Petitioner*

|   |   |
|---|---|
| SHAWN EDWARD SHAFFER <br> *Petitioner* <br><br> RAYMOND MADDEN, Warden <br><br> *Respondent(s)* | **DECLARATION IN SUPPORT OF REQUEST TO PROCEED** <br> ***IN FORMA PAUPERIS*** |

I, _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  ☐ Yes   ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?    ☐ Yes   ☐ No
   b. Rent payments, interest or dividends?    ☐ Yes   ☐ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes   ☐ No
   d. Gifts or inheritances?    ☐ Yes   ☐ No
   e. Any other sources?    ☐ Yes   ☐ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account?    *(Include any funds in prison accounts)*
   ☐ Yes   ☐ No

If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)*  ☐ Yes   ☐ No

   If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____

_____  _____
*Date*             *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____  _____
*Date*             *Authorized Officer of Institution/Title of Officer*