JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN EDWARD SHAFFER,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　　　Respondent. | Case No. CV 22-2451-SPG-(MRW)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge, and overruling Petitioner's objections,

　　　IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: March 14, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE